# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAR 12 A 9:22

CLERK

United States of America
v.
Joseph Jackson

Date of Previous Judgment: October 22, 2001
(Use Date of Last Amended Judgment if Applicable)

Case No: CR298-00034-003
USM No: 09861-021
Anna Tomberlin
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 168 months **is reduced to** 135 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33
Criminal History Category: III
Previous Guideline Range: 168 to 210 months

Amended Offense Level: 31
Criminal History Category: III
Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated October 22, 2001, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 12, 2008

Judge's signature

Effective Date: ____________
(if different from order date)

Judge, U.S. District Court
Printed name and title